FILED by _____ D.C.

ELECTRONIC

**Sept. 16, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLOR[IDA]

PATRICIA L. ABRAM-ADAMS,

Plaintiff,                )
                          )
                          )   **09-81445-CV-HURLEY/HOPKINS**
                          )
v.                        )
                          )   CASE NO.
                          )
STATE OF FLORIDA, Fifteenth Judicial   )
Circuit In And For Palm Beach County, Florida   )
                          Defendant.   )


## COMPLAINT

I, Plaintiff, Patricia L. Abram-Adams[1], appearing pro se until the hiring of a Law Counsel states I am currently being discriminated upon by Attorneys in the State of Florida as well as other States. This conduct[2] surfaced subsequent to Judge Gary L. Vonhof violating my right to due process on 9.16.05. There was nothing found and nothing needed. There is no mental history, no history of mental illnesses, and no mental facility history. The Court documents in the system display Health Care Fraud. Government must provide notice and a fair hearing before taking a action affecting a citizen's life, liberty, or property. Judge Gary L. Vonhof failed to give notice and a fair hearing pertaining to an action, which would affect my life. Judge Gary L. Vonhof violated my right to due process subsequent to the release of Corley John Adams from jail with a no contact order on 9.16.05. Corley John Adams was arrested for violating a Temporary Injunction for Protection Against Domestic Violence. Corley John Adams falsified and fabricated a petition for an involuntary examination i.e. baker act. Since then, Corley John Adams has confessed that he falsified and fabricated information on the petition.

There is a Law Counsel Search[3] from Lawyers.com, Justia.com, Findlaw.com, Martindale.com, StateLawyers.com, Florida Bar Association referral, the NELA, Broward and

---

[1] My education credentials include a Bachelor of Science in Business Administration, Masters of Business Administration with a Specialization in Finance, Human Resource Management Certificate, course work in a Ph-D Program with a Specialization in Human Resource Management[Doctor of Philosophy, Organization and Management], currently a Doctor of Business Administration Student with a Specialization in Finance i.e. Global Perspective and currently enrolled in a Doctor of Jurisprudence, J.D. Executive Juris Doctor Program i.e. 1st Year Law School Student.

[2] This information is disclosed to ensure no injury continues to occur because of the violations by the State of Florida.

[3] This Case is being filed pro se because of the fact that no Law Counsel in the State of Florida as well as other States would represent me subsequent to the violation of my right to due process by Judge Gary L. Vonhof. Judge Gary L. Vonhof violated my right to due process, subsequent to Corley John Adams release from jail with a no contact order on 9.16.05. The Court Order from 9.16.05 displays Health Care Fraud, Constitutional Law-Due Process as well as other unlawful discrimination. Corley John Adams falsified and fabricated a petition for an involuntary examination i.e. baker act subsequent to his release from jail in an act of revenge and retaliation. Corley John Adams violated a Temporary Injunction for Protection Against Domestic Violence. Corley John Adams has confessed pertaining to the falsified and fabricated petition for an involuntary examination i.e. baker act on 9.16.05. Furthermore, Law Counsels in the Law Counsel Search state there was conflicts with Donald Spero subsequent to the violation of my right to due process in the CitiGroup Case administered by the American Arbitration Association. The State of Florida Attorneys and other States Attorneys has displayed forms of discrimination pertaining to Law Counsel Representation. The Law Counsel Search consists of letters, phone records, and emails. The Law Counsel Search is available upon request.

1

Dade Bar Association, and so forth pertaining to Law Counsel Representation for the filing of cases in the following areas Medical Malpractice-Health Care Fraud-Constitutional Law-Due Process and discrimination claims, Employment Discrimination Cases, Legal Malpractice Case, Civil Rights Cases, and the vacating of Court Document 7.11.05 and 9.16.05.

I, Plaintiff, Patricia L. Abram-Adams, (I, Plaintiff denotes Patricia L. Abram-Adams in this Complaint) hereby files this Complaint against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida , as follows:

## I.
## GENERAL ALLEGATIONS

1. This is an action for damages in excess of Seventy Five Thousand Dollars ($75,000); and therefore, this action is within the jurisdiction of this Court.

2. I, Plaintiff, Patricia L. Abram-Adams is an African American Bahamian female with a name associated with Jewish Ancestry, I am a black female; I currently reside in the State of Florida.

3. Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, is authorized to conduct business in the State of Florida.

4. I, Plaintiff, am asking for the waiving of sovereign immunity, *Florida Statute 768.28*, in this case against Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida; Qualified Immunity; as well as waive any other elements, which prevents lawsuits because of the violations of 42 U.S.C. Section 1983, Title 18 U.S.C. Section 242 Deprivation of Rights Under Color of Law, Title 18, U.S.C. Section 245, as well as an attempt on I, Plaintiff, life by Judge Gary L. Vonhof.

5. On September 16, 2005, Judge Gary L. Vonhof violated my right to due process i.e. procedural due process because of my race black and gender female. This information displays on the petitions for Temporary Injunction For Protections

2

Against Domestic Violence. There were other domestic violence victims who was non-black who obtained a Temporary Injunction For Protection Against Domestic Violence.

6.    Judge Gary L. Vonhof violated my right to due process subsequent to Corley John Adams release from jail for violating a Temporary Injunction for Protection Against Domestic Violence with a no contact order. Judge Gary L. Vonhof violated my right to due process subsequent to denying Temporary Injunctions for Protection Against Domestic Violence and denied an extension for Protection Against Domestic Violence. I was presented to Judge Gary L. Vonhof at the extension hearing on 9.8.05 as the same one that you denied by Attorney Gary Anton. Eight days later Judge Gary L. Vonhof violated my right to due process with a no notice and no hearing strategy to panic. Judge Gary L. Vonhof was aware of a prescriptions from the petition for involuntary examination i.e. baker act written by Corley John Adams; however, the prescription was utilized years ago. In addition, the strategy of no notice and no hearing utilization occurred to ensure the placement on a prescription drug. Judge Gary L. Vonhof conduct was intentional criminal conduct.

7.    In the month of August and September of 2005, I filed a petition for a Temporary Injunction For Protection Against Domestic Violence. Judge Gary L. Vonhof denied each petition because of my race black and gender female.

8.    There is significant evidence in this Court Order that his intent was to injure for life. There was no and there is no mental condition. Judge Gary L. Vonhof conduct was intentional conduct and gross negligence.

9.      Judge Gary L. Vonhof abused his power channeling through a annotated wrongful seizure in an attempt on my life. The legal writing in the Court Order displays his intent because of my race black and gender female.

10.     Because of the level of education, U.S. Court experiences, and U.S.training of Judge Gary L. Vonhof, the behavior displays intentional conduct and gross negligence.

11.     Judge Gary L. Vonhof knew what his behavior would produce. Judge Gary L. Vonhof caused individuals to behave in a certain way toward me because of the no notice and no hearing court document.

12.     Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Vonhof violated my right to due process by making an attempt on my life through a no notice and no hearing strategy to panic me; a divorce was filed in September of 2005 because of Corley John Adams patterns of behavior, domestic violence behaviors e.g. verbal abuse, and documented physical abuse, missing person reports, manipulation, lies and other erroneous behaviors.

13.     Employment Agencies review Court records before hiring. Employers review or investigate backgrounds prior to hiring. Defendants Attorneys investigate the Plaintiff in cases during the case. Investigators investigate individuals for various reasons.

14.     There is significant evidence e.g. the Palm Beach County Sheriff Department, missing person reports, and Corley John Adams arrest, which displays domestic violence occurred.

4

15. Because of the racial conduct by Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, the Temporary Injunction for Protection Against Domestic Violence was signed on a Sunday by Judge Crow in an emergency because of Corley John Adams threats of violence and threats.

16. Subsequent to the disparate treatment discrimination based on my race black and gender female by Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, Domestic Violence Advocate, Kay Jones, ensured the petition for Temporary Injunction For Protection Against Domestic Violence was signed based on 741 Statutes.

17. In the month of August of 2005, the petition for Temporary Injunction For Protection Against Domestic Violence was denied because of my race black and gender female; this intentional conduct display gross negligence.

18. In the month of August of 2005, Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof signed a non-black petitioner petition for Temporary Injunction For Protection Against Domestic Violence; however, my petition for Temporary Injunction For Protection Against Domestic Violence was denied because of my race black and gender female.

19. There is no mental history, no mental facility history, and no history of mental illnesses.

20. Judge Gary L. Vonhof utilized falsified and fabricated information from a

5

petition for an involuntary examination i.e. baker act subsequent to Corley John

Adams release from jail with a no contact order.  There was an attempt on my life

by Judge Gary L. Vonhof.  Judge Gary L. Vonhof attempted to place me in a

mental facility and place me on a prescription drug to injure me for the rest of my

life.

21.     The intentional conduct and gross negligence display in the legal writing in the

Court Order e.g. present mental condition and shall be delivered.  Judge Gary L.

Vonhof knew his conduct in writing would produce a certain reaction.  Judge

Gary L. Vonhof violated civil law as well as the attempt on my life is criminal.

There is certainty that this type of crime will decrease by punishment and the

deterrence theory; there is no mental condition; no mental history, and no history

of a mental facility.

22.     There is significant evidence e.g. the Palm Beach County Sheriff Department,

missing person reports, and Corley John Adams arrest, which displays domestic

violence occurred.

23.     On September 16, 2005, the Supervisor, Intake, and the Physician questioned me

at the facility.  I stated to the individuals the Civil Rights violation, Constitutional

Law-Due Process violation, the domestic violence issues, missing person reports,

Corley John Adams arrest for domestic violence, the Temporary Injunction for

Protection Against Domestic Violence and countered other questions.  There was

nothing found and nothing needed.  I was released the morning of September 17,

2005.  Furthermore, I never met the criteria of a present mental condition person.

24.     Medical Malpractice-Health Care Fraud: The Court Order Document displays

6

fraud; there is no mental condition and was no mental condition; therefore, the conduct was intentional conduct and a attempt on my life.

25. Employment: The Court Order Document is affecting employment, background investigations; and investigations: Workplace Conflict; Systems, which cause conflict, accounting systems, reward systems, bureaucratic systems, information systems, promotional systems; these systems cause conflict in the workplace; The health care fraud court document will injure.

26. Law Counsel Search[4]: I have experienced forms of discrimination by the State of Florida Attorneys and other Attorneys throughout the United States subsequent to the violation of my right to due process and attempt on my life by Judge Gary L. Vonhof. The Legal Counsel Search consist of Attorneys from Findlaw.com, Lawyers.com, Martindale.com, Justia.com, the Florida Bar Association referral and listing, Dade and Broward Bar Association, State Lawyers.com, Pre-Paid Legal Attorneys and the list goes on. The behavior and conduct of the Attorneys was to affect the Statutes of Limitations of my Cases. The wanton behavior of Judge Gary L. Vonhof affected the Attorneys Representation.

27. Medical Expert: There is a medical report, which states nothing found and nothing needed from the attempt on my life by Judge Gary L. Vonhof on September 16, 2005 to facilitate in a mental facility; I was released the next morning; There was no criteria met to display "present mental condition." illnesses.

---

[4] The Law Counsel Search is available upon request.

7

28. Employment: There is a job search which displays phone records, letters, and emails. Judge Gary L. Vonhof interfered with employment by producing a Health Care Fraud document, which will injure in an employment environment setting. There are systems, which cause conflict e.g. accounting systems, bureaucratic systems, promotional systems, information systems, and reward systems. Conflicts happen in employment because the systems which cause conflict. There is knowledge on employment law[5]; therefore, if issues transpire in the workplace, internal complaints will surface. There are citations to prove this statement. Examples of the injuries caused by the Court document from September 16, 2005, by Judge Gary L. Vonhof, consist of relevant cases. Judge Gary L. Vonhof caused a financial injury.

29. Retaliation: in an act of retaliation because of Judge Crow approval of a Temporary Injunction For Protection Against Domestic Violence on a Sunday; Judge Gary L. Vonhof violated my right to due process which display intentional conduct;

30. Torts: fraud, vicarious liability, interference with life, interference with background checks, interference with investigations, interference with employment, interference with economic advantages, interference with the hiring of an Attorney, misuse of legal procedure-legal error, deceit, negligence, abuse of process, intentional tort-attempt on life, invasion of privacy-public information and so forth.

---

[5] I hold a Human Resource Management Certificate and years of experience managing a diverse group of people. There is prior training on Human Resources for Managers outside of the area of Human Resources.

8

31.   There is evidence e.g. a disclosed tape recording, to prove that Corley John
Adams falsified and fabricated information subsequent to his release from jail
with a no contact order.  Corley John Adams falsified and fabricated a petition for
involuntary examination i.e. baker act in an act of revenge and retaliation; this
displays that the conduct was intentional conduct and negligence; there is
evidence to prove that Deputy Lisboa was trained on criminal techniques and
criminal behaviors; there is evidence to prove that Deputy Lisboa wrote
fraudulent information on a police offense report for public information; there is
evidence to prove that Deputy Lisboa behavior reflected the no notice and no
hearing, there is evidence to prove Deputy Lisboa produced fraudulent statements
as an accessory to Judge Gary L. Vonhof in an attempt to facilitate; there is
evidence to prove that Deputy Lisboa violated a Law by producing a fraudulent
document in order to deceive the Courts, the Palm Beach County Sheriff
Department, the State Attorney Office, and other individuals; there is evidence to
prove that State Attorney Karmen Kiviroglu discriminated in the criminal
investigation of Corley John Adams for falsifying and fabricating the petition for
an involuntary examination i.e. baker act subsequent to his release from jail with a
no contact order in an act of revenge and retaliation September 16, 2995, State
Attorney Karmen Kiviroglu refused to criminally investigate and criminally
prosecute because of the Court Order by Judge Gary L. Vonhof and the falsified
and fraudulent police offense report by Deputy Lisboa; there is evidence to prove
that voice mails were left for State Attorney Karmen Kiviroglu to criminally
investigate and criminally prosecute Corley John Adams.

9

32.   Annotated Wrongful Seizure: As a matter of violations of Law, Judge Gary L.
      Vonhof conduct reflects intentional conduct and gross negligence.  Judge Gary L.
      Vonhof strategy of no notice and no hearing based off a falsified and fabricated
      document from an individual who was just released from jail with a no contact
      order displays his intent.  Judge Gary L. Vonhof utilized the no notice and no
      hearing in an attempt to panic to ensure the mental facilitating.  This annotated
      wrongful seizure or the abuse of the legal process was an attempt on my life.

## COUNT I
## RACE DISCRIMINATION

33.   I, Plaintiff, restates the allegations contained in Paragraphs 1- 32 of the
      Complaint, as if fully set for herein.

**34**.   I am a African American Bahamian with an name associated with Jewish
      Ancestry.  I am a black female; I currently reside in the State of Florida.

35.   Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm
      Beach County, Florida, Judge Gary L. Vonhof was acting under Color of Law,
      Judge Gary L. Vonhof was under Color of Law and misused his power while in
      his Official position.

36.   The conduct Defendant, State of Florida, Fifteenth Judicial Circuit In And For
      Palm Beach County, Florida, Judge Gary L. Vonhof, deprived my of rights
      secured and protected by the Constitution of the United States .Judge Gary L.
      Vonhof discriminated by violating my right to due process after the release of
      Corley John Adams from jail with a no contact order on September 16, 2005
      because of my race black and gender female.  I am protected by the Fourteenth

10

Amendment i.e. equal protection. The Equal Protection provisions forbids discrimination by Government. This retaliation discrimination act occurred subsequent to Judge Crow signing a Temporary Injunction For Protection Against Domestic Violence, which Judge Gary L. Vonhof denied. Judge Gary L. Vonhof denied the extension request on September 8, 2005; Eight days later on September 16, 2005, Judge Gary L Vonhof violated my right to due process with a no notice no hearing strategy to panic; Judge Gary L. Vonhof was cognizant of a prescription from the petition for involuntary examination i.e. baker act written by Corley John Adams.; however, the prescription was from years ago. In addition, the strategy of no notice and no hearing utilization occurred to ensure the placement on a prescription drug. There is no history of mental illnesses, no history of mental facility, and no mental history; Judge Gary L. Vonhof conduct was intentional criminal conduct. Judge Gary L. Vonhof made an attempt on my life.

37. Patterns and practice of racial discrimination exist by Judge Gary L. Vonhof, prior to the attempt on my life because of my race black and gender female, Judge Gary L. Vonhof discriminated in the Month of August of 2005 and September of 2005 in the signing of a Temporary Injunction For Protection Against Domestic Violence because of my race black and gender female; Similarly situated domestic violence victims of another race Temporary Injunctions For Protection Against Domestic Violence was signed.

38. Domestic Violence Advocate Kay Jones had to open the Central Court on a

11

Sunday in order for I, Plaintiff, to obtain a Temporary Injunction For Protection Against Domestic Violence. The domestic violence issues met 741 Statutes. Judge Crow signed the Temporary Injunction For Protection Against Domestic Violence on a Sunday to ensure safety. This is evidence that Judge Gary L. Vonhof was discriminating because of my race black and gender female.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, Qualified Immunity, Torts, Retaliation: in addition, order the following relief:

A)      Award compensatory damages

B)      Award punitive damages, sufficient to deter future attempts on life

C)      Award statutory damages, for violating applicable statues; as well as torts

D)      Award costs and attorney fees;

E)      Prohibit the Defendant from continuing its discriminatory practices; and

F)      Ensure criminal investigation and criminal prosecution

G)      Grant any and all appropriate relief, which the Court deems necessary and appropriate.

H)      Maintain its jurisdiction over this action to see that judgment and orders are carried out, and if necessary, enforced.

I)      Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)      I, Plaintiff, request trial by non-jury on all issues of fact.

## COUNT II
## 42 U.S.C. SECTION 1983

39.   I, Plaintiff, restates the allegations contained in Paragraphs 1-32 of the

Complaint, as if fully set for herein.

40.   Color of State Law: Person acts under color of State Law Only when exercising

power possessed by virtue of State Law and made possible only because the

wrongdoer is clothed with the authority of State Law.  State employment is

generally sufficient to render the defendant a State Actor.

41.   Qualified Immunity: An Official action is protected by qualified immunity unless

the very action in question has previously been held unlawful, and has instead,

chosen a standard that excludes such immunity if in the light of pre-existing law

the unlawfulness is apparent.

42.   Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law,

statute, ordinance, regulation, or custom to willfully deprive or cause to be

deprived from any person those rights, privileges, or immunities secured or

protected by the Constitution and laws of the U.S. .

43.   I am a African American Bahamian with a name associated with Jewish Ancestry;

I am a black female; I currently reside in the State of Florida.  Judge Gary L.

Vonhof discriminated in the signing of Temporary Injunctions For Protection

Against Domestic.  Judge Gary L. Vonhof denied Temporary Injunctions For

Protection Against Domestic Violence.

44.   I, Plaintiff, am asking for the waiving of sovereign immunity, *Florida Statute*

13

*768.28*, in this case against Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida; Qualified Immunity; as well as waive any other elements, which prevents lawsuits because of the violations of 42 U.S.C. Section 1983, Title 18 U.S.C. Section 242 Deprivation of Rights Under Color of Law, Title 18, U.S.C. Section 245, as well as an attempt on I, Plaintiff, life by Judge Gary L. Vonhof.

45.    Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof is a person acting under the Color of State Law: Judge Gary L. Vonhof was/is a employee of the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida.

46.    Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof caused I, Plaintiff to be deprived of a Federal right because of race black and gender female.  Government must provide notice and a fair hearing before taking a action affecting a citizen's life, liberty, or property; Judge Gary L. Vonhof violated my right to due process i.e. procedural by failing to give notice and failing to have a hearing on September 16, 2005 before Court ordering a involuntary examination which violated my right to due process and affected my life; The order was intentional because of the no contact order issued on September 13, 2005.  This violation followed the denial of a extension for Protection Against Domestic Violence on September 8, 2005; and the granting of a Temporary Injunction For Protection Against Domestic Violence by Judge Crow subsequent to Judge Gary L. Vonhof denied petitions for

14

Protection Against Domestic Violence; Judge Gary L. Vonhof made an attempt on my life; Based on the legal writing by Judge Gary L. Vonhof, an attempt was made to mental facilitate to affect my life; The legal writing is clear and in plain English on his attempt to injure for life because of my race black and gender female; Judge Gary L. Vonhof failed to give notice and failed to provide a fair hearing before taking an action, which affected my life.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA , Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and Retaliation: in addition, order the following relief:

A)    Award compensatory damages

B)    Award punitive damages, sufficient to deter future attempts on life

C)    Award statutory damages, for violating applicable statues; as well as torts

D)    Award costs and attorney fees;

E)    Prohibit the Defendant from continuing its discriminatory practices; and

F)    Ensure criminal investigation and criminal prosecution

G)    Grant any and all appropriate relief, which the Court deems necessary and appropriate.

H)    Maintain its jurisdiction over this action to see that judgment and orders are carried out, and if necessary, enforced.

I)    Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

15

J)      I, Plaintiff, request trial by non-jury on all issues of fact.

## COUNT III
## 42 U.S.C. SECTION 242

47.     I, Plaintiff, restates the allegations contained in Paragraphs 1- 32 of the

        Complaint, as if fully set for herein.

48.     Color of State Law: Person acts under color of State Law Only when exercising

        power possessed by virtue of State Law and made possible only because the

        wrongdoer is clothed with the authority of State Law.  State employment is

        generally sufficient to render the defendant a State Actor.

49.     Qualified Immunity: An Official action is protected by qualified immunity unless

        the very action in question has previously been held unlawful, and has instead,

        chosen a standard that excludes such immunity if in the light of pre-existing law

        the unlawfulness is apparent.

50.     Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

        This statute makes it a crime for any person acting under color of law,

        statute, ordinance, regulation, or custom to willfully deprive or cause to be

        deprived from any person those rights, privileges, or immunities secured or

        protected by the Constitution and laws of the U.S.

51.     I am a African American Bahamian with a name associated with Jewish Ancestry;

        I am a black female; I currently reside in the State of Florida.

52.     Judge Gary L. Vonhof was an employee of the State of Florida, Fifteenth Judicial

        Circuit In And For Palm Beach County, Florida.

53.     Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach

County, Florida, Judge Gary L. Vonhof is a person acting under the Color of State

Law: Judge Gary L. Vonhof was/is a employee of the State of Florida, Fifteenth

Judicial Circuit In And For Palm Beach County, Florida.

54.     Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach

County, Florida, Judge Gary L. Vonhof caused I, Plaintiff to be deprived of a

Federal right in an attempt to injure for life because of my race black and gender

female.  Government must provide notice and a fair hearing before taking a

action affecting a citizen's life, liberty, or property; Judge Gary L. Vonhof

violated my right to due process i.e. procedural by failing to give notice and

failing to have a hearing on September 16, 2005 before Court ordering a

involuntary examination, which violated my right to due process and affected my

life; Judge Gary L. Vonhof tried to place I, Plaintiff, in a mental facility in order

to injure for the rest of my life because of my race black and gender female;

this was an attempt on my life; this is a Color of Law Violation; The order was

intentional because of the no contact order issued on September 13, 2005.  This

violation followed the denial of a extension for Protection Against Domestic

Violence on September 8, 2005; and the granting of a Temporary Injunction For

Protection Against Domestic Violence by Judge Crow subsequent to Judge Gary

L. Vonhof denied petitions for Protection Against Domestic Violence: Judge Gary

L. Vonhof made an attempt on my life because of my race black and gender

female; Based on the legal writing by Judge Gary l. Vonhof, an attempt was made

The legal writing is clear and in plain English on his attempt to injure for life

17

because of race black and gender female, Judge Gary L. Vonhof failed to give
notice and failed to provide a fair hearing before taking an action, which affected
my life.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that
this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth
Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well
as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983,
42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and
Retaliation: in addition, order the following relief:

A)    Award compensatory damages

B)    Award punitive damages, sufficient to deter future attempts on life

C)    Award statutory damages, for violating applicable statues; as well as torts

D)    Award costs and attorney fees;

E)    Prohibit the Defendant from continuing its discriminatory practices; and

F)    Ensure criminal investigation and criminal prosecution

G)    Grant any and all appropriate relief, which the Court deems necessary and
      appropriate.

H)    Maintain its jurisdiction over this action to see that judgment and orders are
      carried out, and if necessary, enforced.

I)    Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)    I, Plaintiff, request trial by non- jury on all issues of fact.

## COUNT IV
## 18 U.S.C. SECTION 245

18

55.   I, Plaintiff, restates the allegations contained in Paragraphs 1-32 of the
      Complaint, as if fully set for herein.

56.   Color of State Law: Person acts under color of State Law Only when exercising
      power possessed by virtue of State Law and made possible only because the
      wrongdoer is clothed with the authority of State Law.  State employment is
      generally sufficient to render the defendant a State Actor.

57.   Qualified Immunity: An Official action is protected by qualified immunity unless
      the very action in question has previously been held unlawful, and has instead,
      chosen a standard that excludes such immunity if in the light of pre-existing law
      the unlawfulness is apparent.

58.   Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
      This statute makes it a crime for any person acting under color of law,
      statute, ordinance, regulation, or custom to willfully deprive or cause to be
      deprived from any person those rights, privileges, or immunities secured or
      protected by the Constitution and laws of the U.S.

59.   Title 18, U.S.C. Section 245, Federally Protected Activities;

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so,
by force or threat of force of any person or class of persons because of their activity as:a)
A voter, or person qualifying to vote...;b) a participant in any benefit, service, privilege,
program, facility, or activity provided or administered by the United States; c) an
applicant for federal employment or an employee by the federal government; d) a juror
or prospective juror in federal court; and e) a participant in any program or activity
receiving Federal financial assistance.2) Prohibits willful injury, intimidation, or
interference or attempt to do so, by force or threat of force of any person because of race,
color, religion, or national origin and because of his/her activity as: a) A student or
applicant for admission to any public school or public College ;b) a participant in any
benefit, service, privilege, program, facility, or activity provided or administered by a
state or local government, c) an applicant for private or state employment, private or

19

state employee; a member or applicant for membership in any labor organization or hiring hall; or an applicant for employment through any employment agency, labor organization or hiring hall; d) a juror or prospective juror in state court; e) a traveler or user of any facility of interstate commerce or common carrier; or f) a patron of any public accommodation, including hotels, motels, restaurants, lunchrooms, bars, gas stations, theaters...or any other establishment which serves the public and which is principally engaged in selling food or beverages for consumption on the premises.3) Prohibits interference by force or threat of force against any person because he/she is or has been, or in order to intimidate such person or any other person or class of persons from participating or affording others the opportunity or protection to so participate, or lawfully aiding or encouraging other persons to participate in any of the benefits or activities listed in items (1) and (2), above without discrimination as to race, color, religion, or national origin.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

60.    I am a African American Bahamian with a name associated with Jewish Ancestry; I am a black female; I currently reside in the State of Florida.

61.    No Contact Order: As a matter of Law, Title 18, U.S.C. Section 245, Federally Protected Activities, the no contact order was a protected activity. Therefore, Judge Gary L. Vonhof intent was to interfere with the no contact order protected activity subsequent to the release of Corley John Adams from jail, as well as, injure. There was an attempt on my life channeling through a Court Order to mental facilitate, because of my race black and gender female. The utilization of Court Order 502005MH001806XXXXSB was a threat of force because of my race black and gender female.

62.    Judge Gary L. Vonhof was an employee of the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida; Judge Gary L. Vonhof violated

20

my right to due process i.e. procedural by failing to give notice and failing to have a hearing on September 16, 2005 before Court ordering a involuntary examination which violated my right to due process and affected my life; The order was intentional because of the no contact order issued on September 13, 2005, the Court order was intentional because of the comment made by Attorney Gary Anton e.g. Anton stated on September 8, 2005 to Judge Gary L. Vonhof at the extension hearing this is the same one that you denied; in an act of retaliation because of Judge Crow approval of a Temporary Injunction For Protection Against Domestic Violence Judge Gary L. Vonhof denied the extension; this conduct was intentional because of my race black and gender female; Judge Gary L. Vonhof made an attempt on my life because of my race black, my gender female, as well as similarly situated members of another race was issued a Temporary Injunction for Protection Against Domestic Violence.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and Retaliation: in addition, order the following relief:

A)     Award compensatory damages

B)     Award punitive damages, sufficient to deter future attempts on life

C)     Award statutory damages, for violating applicable statues; as well as torts

21

D)   Award costs and attorney fees;

E)   Prohibit the Defendant from continuing its discriminatory practices; and

F)   Ensure criminal investigation and criminal prosecution

G)   Grant any and all appropriate relief, which the Court deems necessary and
     appropriate.

H)   Maintain its jurisdiction over this action to see that judgment and orders are
     carried out, and if necessary, enforced.

I)   Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)   I, Plaintiff, request trial by non- jury on all issues of fact.

## COUNT V
## QUALIFIED IMMUNITY CLAIM

63.   I, Plaintiff, restates the allegations contained in Paragraphs 1-32 of the
      Complaint, as if fully set for herein.

64.   Color of State Law: Person acts under color of State Law Only when exercising
      power possessed by virtue of State Law and made possible only because the
      wrongdoer is clothed with the authority of State Law.  State employment is
      generally sufficient to render the defendant a State Actor.

65.   Qualified Immunity: An Official action is protected by qualified immunity unless
      the very action in question has previously been held unlawful, and has instead,
      chosen a standard that excludes such immunity if in the light of pre-existing law
      the unlawfulness is apparent.

66.   Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
      This statute makes it a crime for any person acting under color of law,

22

statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

67. I am a African American Bahamian with a name associated with Jewish Ancestry; I am a black female; I currently reside in the State of Florida.

68. Judge Gary L. Vonhof was an employee of the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida.

69. Judge Gary L. Vonhof violated my right to due process i.e. procedural by failing to give notice and failing to have a hearing on September 16, 2005 before Court ordering a involuntary examination which violated my right to due process and affected my life; The order was intentional because of the no contact order issued on September 13, 2005, the Court order was intentional because of the comment made by Attorney Gary Anton e.g. Anton stated on September 8, 2005 to Judge Gary L. Vonhof at the extension hearing this is the same one that you denied; in an act of retaliation because of Judge Crow approval of a Temporary Injunction For Protection Against Domestic Violence Judge Gary L. Vonhof denied the extension; this conduct was intentional because of my race black and gender female; Judge Gary L. Vonhof made an attempt on my life because of my race black, my gender female, as well as similarly situated members of another race was issued a Temporary Injunction for Protection Against Domestic Violence.

70. Whether the right in question was defined with reasonable specificity: Government must provide notice and a fair hearing before taking a action

23

affecting a citizens life, liberty, or property; Judge Vonhof was/is a State Actor who practiced Law under the Color of Law in the State of Florida under the United States of America umbrella. Judge Vonhof was a qualified immunity Judge; however, Judge Gary L. Vonhof misused the power granted by the State of Florida under the umbrella of the United States of America. This is a Constitutional Law violation under Title 18 Section 242 and the right to due process i.e. procedural. Judge Vonhof violated my right to due process by a intentional discrimination method after the release of Corley John Adams from jail with a no contact order. Judge Vonhof Court ordered a involuntary examination without a notice and without a hearing. This unlawful discriminatory act followed a temporary injunction for Protection Against Domestic Violence, this was signed by Judge Crow [Central Court]. The petitions for temporary injunctions were denied by Judge Vonhof [South County Court]. There is a production of document to display that a divorce was filed, missing person reports, violation of a temporary injunction, police statements, and employee misconduct [Palm Beach County Sheriff Department]. This action by Judge Vonhof was an attempt to injure, threat of force by Court Order 502005MH001806XXXXSB.Judge Vonhof intent was to injure for life by utilizing a strategy of a no notice and no hearing in order to panic and mental facilitate because of my race black and gender female; Judge Vonhof legally wrote her "present mental condition." There were no mental conditions. The Court document is a Health Care Fraud Document as a attempt on my life

24

because of my race black and gender female.

71.     Whether the decisional Law of U.S. Constitution and the Applicable Circuit
        Court Support the existence of the right in question.  In a act of revenge and/ or
        retaliation due to Judge Crow signing a temporary injunction for Protection
        Against Domestic Violence, Judge Vonhof signed a Court Order without a notice
        and without a hearing, which violated my constitutional right to due process.
        Judge Vonhof intentionally misused the power granted by the State of Florida
        under the umbrella of the United States.  This action by Judge Vonhof was
        ordered as an attempt on my life.  on September 16, 2005 because of my race
        black and gender female.

72      Whether under pre-existing Law a reasonable defendant Official would have
        understood that his or her acts were unlawful: A reasonable Defendant Official
        i.e. qualified immunity Official would have understood that his or her acts were
        unlawful.  This was an attempt on my life subsequent to Judge Crow signing a
        Temporary Injunction For Protection Against Domestic Violence.  Judge Vonhof
        retaliated by signing a Court order after the release of Corley John Adams without
        a notice and without a hearing; eight days later after denying a extension for
        Temporary Injunction For Protection Against Domestic Violence.  Judge Vonhof
        act was intentional, an act to mental facilitate, an act to change my whole life, an
        act to create a panic attack, an act to intentionally injure, an act to create a
        fraudulent Court document in the Court System to influence Law Enforcement,
        Investigators, Employers, State Attorneys, Government, Institutions, and
        Businesses.  Judge Vonhof intent was to place me in a mental facility based on

falsified and fabricated information on a petition for an involuntary examination i.e. baker act. Judge Vonhof knew how individuals would respond to his conduct. The conflict is felt through the Law Counsel Search in the State of Florida and other States. Attorneys has declined representation and formed a complex adaptive system because of the acts of Judge Gary L. Vonhof. I am a black female my rights were violated by Judge Gary L. Vonhof by the violation of a United States Constitution law.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and Retaliation: in addition, order the following relief:

A) Award compensatory damages

B) Award punitive damages, sufficient to deter future attempts on life

C) Award statutory damages, for violating applicable statues; as well as torts

D) Award costs and attorney fees;

E) Prohibit the Defendant from continuing its discriminatory practices; and

F) Ensure criminal investigation and criminal prosecution

G) Grant any and all appropriate relief, which the Court deems necessary and appropriate.

H) Maintain its jurisdiction over this action to see that judgment and orders are

carried out, and if necessary, enforced.

I)   Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)   I, Plaintiff, request trial by non-jury on all issues of fact.

**COUNT VI**
**MEDICAL MALPRACTICE-HEALTH CARE FRAUD**

73.   I, Plaintiff, restates the allegations contained in Paragraphs 1-32 of the

Complaint, as if fully set for herein.

74.   Color of State Law: Person acts under color of State Law Only when exercising

power possessed by virtue of State Law and made possible only because the

wrongdoer is clothed with the authority of State Law.  State employment is

generally sufficient to render the defendant a State Actor.

75.   Qualified Immunity: An Official action is protected by qualified immunity unless

the very action in question has previously been held unlawful, and has instead,

chosen a standard that excludes such immunity if in the light of pre-existing law

the unlawfulness is apparent.

76.   Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law,

statute, ordinance, regulation, or custom to willfully deprive or cause to be

deprived from any person those rights, privileges, or immunities secured or

protected by the Constitution and laws of the U.S

77.   I am a African American Bahamian with a name associated with Jewish Ancestry;

I am a black female; I currently reside in the State of Florida.

78.   Judge Gary L. Vonhof was an employee of the State of Florida, Fifteenth Judicial

27

Circuit In And For Palm Beach County, Florida.

79.     Judge Gary L. Vonhof violated my right to due process i.e. procedural by failing
        to give notice and failing to have a hearing on September 16, 2005 before Court
        ordering a involuntary examination which violated my right to due process and
        affected my life; The order was intentional because of the no contact order issued
        on September 13, 2005, the Court order was intentional because of the comment
        made by Attorney Gary Anton e.g. Anton stated on September 8, 2005 to Judge
        Gary L. Vonhof at the extension hearing this is the same one that you denied; in
        an act of retaliation because of Judge Crow approval of a Temporary Injunction
        For Protection Against Domestic Violence Judge Gary L. Vonhof denied the
        extension; this conduct was intentional because of my race black and gender
        female; Judge Gary L. Vonhof made an attempt on my life because of my race
        black, my gender female, as well as other similarly situated members of another
        race was issued a Temporary Injunction for Protection Against Domestic
        Violence.

80.     Whether the right in question was defined with reasonable specificity:
        Government must provide notice and a fair hearing before taking a action
        affecting a citizens life, liberty, or property; Judge Vonhof was/is a State Actor
        who practiced Law under the Color of Law in the State of Florida under the
        United States of America umbrella. Judge Vonhof was a qualified immunity
        Judge; however, Judge Gary L. Vonhof misused the power granted by the State of
        Florida under the umbrella of the United States of America.  This is a
        Constitutional Law violation under Title 18 Section 242 and the right to due

process i.e. procedural. Judge Vonhof violated my right to due process by a intentional discrimination method after the release of Corley John Adams from jail with a no contact order. Judge Vonhof Court ordered a involuntary examination without a notice and without a hearing. This unlawful discriminatory act followed a temporary injunction for Protection Against Domestic Violence, this was signed by Judge Crow [Central Court]. The petitions for temporary injunctions were denied by Judge Vonhof [South County Court]. There is a production of document to display that a divorce was filed, missing person reports, violation of a temporary injunction, police statements, and employee misconduct [Palm Beach County Sheriff Department]. This action by Judge Vonhof was order in order to create a certain response for employment, background checks, and investigations, etc. Judge Vonhof intent was to injure for life by utilizing a strategy of a no contact order in an attempt to mental facilitates. Judge Vonhof legally wrote her "present mental condition." There were no mental conditions. The Court document is a Health Care Fraud Document as a attempt on my life because of my race black and gender female.

81.   Whether the decisional Law of U.S. Constitution and the Applicable Circuit Court Support the existence of the right in question. In a act of revenge and/ or retaliation due to Judge Crow signing a temporary injunction for Protection Against Domestic Violence, Judge Vonhof signed a Court Order without a notice and without a hearing, which violated my constitutional right to due process. Judge Vonhof intentionally misused the power granted by the State of Florida

under the umbrella of the United States. This action by Judge Vonhof was ordered as an attempt on my life. on September 16, 2005 because of my race black and gender female.

82.   Whether under pre-existing Law a reasonable defendant Official would have understood that his or her acts were unlawful: A reasonable Defendant Official i.e. qualified immunity Official would have understood that his or her acts were unlawful. This was an attempt on my life subsequent to Judge Crow signing a Temporary Injunction For Protection Against Domestic Violence. Judge Vonhof retaliated by signing a Court order after the release of Corley John Adams without a notice and without a hearing eight days later after denying a extension for Temporary Injunction For Protection Against Domestic Violence. Judge Vonhof act was intentional, an act to mental facilitate, an act to change my whole life, an act to create a panic attack, an act to intentionally injure, an act to create a fraudulent Court document in the Court System to influence Law Enforcement, Investigators, Employers, State Attorneys, Government, Institutions, and Businesses. Judge Vonhof intent was to place me in a mental facility based on falsified and fabricated information on a petition for an involuntary examination i.e. baker act. Judge Vonhof knew how individuals would respond to his conduct. The conflict is felt through the Law Counsel Search in the State of Florida and other States. Attorneys has declined representation and formed a complex adaptive system because of the acts of Judge Gary L. Vonhof. I am a black female my rights were violated by Judge Gary L. Vonhof by the violation of a United States Constitution law.

83.   Medical Malpractice-Health Care Fraud: Judge Gary L. Vonhof was operating as a Medical Practitioner on September 16, 2005; however, there is no medical practitioner license in the State of Florida in any of the license verification agencies; The fraudulent act created a Health Care Fraud document to injure me for life because of my race black and gender female. Judge Gary L. Vonhof made a decision by reviewing a document of falsified and fabricated information. Judge Gary L. Vonhof proceeded further and produced a Court Order without a notice and without a hearing, to place I, Plaintiff, in a mental facility, which is a attempt on my life. Corley John Adams has confessed that he falsified and fabricated the information on the petition for an involuntary examination i.e. baker act; Judge Gary L. Vonhof conduct on September 16, 2005 displays malfeasance, wanton, reckless, negligence, intentional discrimination, intentional conduct, annotated wrongful seizure, causation defamation by stating her present mental condition without a license to practice as a medical practitioner in the State of Florida; There was no mental condition; There was an attempt made on my life by Judge Gary L. Vonhof; Judge Gary L. Vonhof legal writing stated his intent.

84.   The Facility: I, Plaintiff, communicated with the Supervisor of the facility on all the domestic violence issues as well as stated the Civil Rights violation and Constitutional Law-Due Process violations in the intake on September 16, 2005. The morning of September 17, 2005; I was questioned by Dr. Bernastad on the on what was going on. Because of conferring with Dr. Bernastad, I was

31

released, because of the fact that there was nothing found and nothing needed as well as the criteria of an individual with a present mental condition was never found. This indicates intentional conduct and gross negligence by Judge Gary L. Vonhof. This was an attempt on my life to mentally facilitate and injure for life because of my race black and gender female. This violation of my right to due process was negligent, from the arrival of the Palm Beach County Sheriff Department at the primary property, being handcuffed-low level physical tactic, the drive in the patrol car, up until the delivery to the facility.

85. Because of Judge Gary L. Vonhof Health Care Fraud Court Order, Deputy Lisboa purposely wrote fraudulent information in an attempt to deceive the Court, the Palm Beach County Sheriff Department, the State Attorney Office and other individuals. Deputy Lisboa knew his writing or conduct would produce a result. Deputy Lisboa criminal techniques and criminal behavior was learned. Deputy Lisboa displayed wanton conduct by drafting a fraudulent document. The fraudulent information is a result of negligence. Deputy Lisboa intentionally placed fraudulent information in the police offense report as a deception criminal technique with an intended purpose. Deputy Lisboa obtained knowledge on how to deceive the Courts, the Palm Beach County Sheriff Department, the State Attorney Office and other individuals. [6]Deputy Lisboa (2005) wrote, "This case is for information purposes only" (p.2). This statement displays Lisboa's

---

[6] *Mental Case* (Case # 05-111760) [Data file]. West Palm Beach, FL: Palm Beach County Sheriff Department. This statement is from the Palm Beach County Sheriff Department Police Offense Report.

intentional conduct, gross negligence, and forms of racial stereotyping, for it is written. This fraudulent police offense report was an attempt on my life subsequent to Judge Gary L. Vonhof violating my right to due process because of my race black and gender female.

86.    Beyond a Reasonable Doubt: Because of the level of education, U.S. Court experiences and U.S. training of Judge Gary L. Vonhof, the behavior displays intentional conduct and gross negligence; Judge Gary L. Vonhof knew what his behavior would produce. Judge Gary L. Vonhof caused individuals to behave in a certain way toward me because of the no notice and no hearing court document e.g. Deputy Lisboa from the Palm Beach County Sheriff Department, other associate in the Palm Beach County Sheriff Department, State Attorney Amy Buck, State Attorney Karmen Kiviroglu, the Palm Beach County State Attorneys Office, as well as Attorneys in the State of Florida and Attorneys in other States in the United States.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and Retaliation: in addition, order the following relief:

A)    Award compensatory damages

B)    Award punitive damages, sufficient to deter future attempts on life

33

C)  Award statutory damages, for violating applicable statues; as well as torts

D)  Award costs and attorney fees;

E)  Prohibit the Defendant from continuing its discriminatory practices; and

F)  Ensure criminal investigation and criminal prosecution

G)  Grant any and all appropriate relief, which the Court deems necessary and appropriate.

H)  Maintain its jurisdiction over this action to see that judgment and orders are carried out, and if necessary, enforced.

I)  Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)  I, Plaintiff, request trial by non-jury on all issues of fact.

## COUNT VII
## VICARIOUS LIABILITY

87.  I, Plaintiff, restates the allegations contained in Paragraphs 1-32 of the Complaint, as if fully set for herein.

88.  Color of State Law: Person acts under color of State Law Only when exercising power possessed by virtue of State Law and made possible only because the wrongdoer is clothed with the authority of State Law.  State employment is generally sufficient to render the defendant a State Actor.

89.  Qualified Immunity: An Official action is protected by qualified immunity unless the very action in question has previously been held unlawful, and has instead, chosen a standard that excludes such immunity if in the light of pre-existing law the unlawfulness is apparent.

90.  Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

34

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

91. I am a African American Bahamian with a name associated with Jewish Ancestry; I am a black female; I currently reside in the State of Florida.

92. Judge Gary L. Vonhof was an employee of the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida.

93. Judge Gary L. Vonhof violated my right to due process i.e. procedural by failing to give notice and failing to have a hearing on September 16, 2005 before Court ordering a involuntary examination which violated my right to due process and affected my life; The order was intentional because of the no contact order issued on September 13, 2005, the Court order was intentional because of the comment made by Attorney Gary Anton e.g. Anton stated on September 8, 2005 to Judge Gary L. Vonhof at the extension hearing this is the same one that you denied; in an act of retaliation because of Judge Crow approval of a Temporary Injunction For Protection Against Domestic Violence Judge Gary L. Vonhof denied the extension; this conduct was intentional because of my race black and gender female; Judge Gary L. Vonhof made an attempt on my life because of my race black, my gender female, as well as other similarly situated members of another race was issued a Temporary Injunction for Protection Against Domestic Violence.

94. Whether the right in question was defined with reasonable specificity:

35

Government must provide notice and a fair hearing before taking a action affecting a citizens life, liberty, or property; Judge Vonhof was/is a State Actor who practiced Law under the Color of Law in the State of Florida under the United States of America umbrella. Judge Vonhof was a qualified immunity Judge; however, Judge Gary L. Vonhof misused the power granted by the State of Florida under the umbrella of the United States of America. This is a Constitutional Law violation under Title 18 Section 242 and the right to due process i.e. procedural. Judge Vonhof violated my right to due process by a intentional discrimination method after the release of Corley John Adams from jail with a no contact order. Judge Vonhof Court ordered a involuntary examination without a notice and without a hearing. This unlawful discriminatory act followed a temporary injunction for Protection Against Domestic Violence, this was signed by Judge Crow [Central Court]. The petitions for temporary injunctions were denied by Judge Vonhof [South County Court]. There is a production of document to display that a divorce was filed, missing person reports, violation of a temporary injunction, police statements, and employee misconduct [Palm Beach County Sheriff Department]. This action by Judge Vonhof was order in order to create a certain response for employment, background checks, and investigations, etc. Judge Vonhof intent was to injure for life by utilizing a strategy of a no contact order in an attempt to mental facilitates. Judge Vonhof legally wrote her "present mental condition." There were no mental conditions. The Court document is a Health Care Fraud Document as a

36

attempt on my life.

95.  Whether the decisional Law of U.S. Constitution and the Applicable Circuit Court Support the existence of the right in question. In a act of revenge and/ or retaliation due to Judge Crow signing a temporary injunction for Protection Against Domestic Violence, Judge Vonhof signed a Court Order without a notice and without a hearing, which violated my constitutional right to due process. Judge Vonhof intentionally misused the power granted by the State of Florida under the umbrella of the United States. This action by Judge Vonhof was ordered as an attempt on my life. on September 16, 2005.

96.  Whether under pre-existing Law a reasonable defendant Official would have understood that his or her acts were unlawful: A reasonable Defendant Official i.e. qualified immunity Official would have understood that his or her acts were unlawful. This was an attempt on my life subsequent to Judge Crow signing a Temporary Injunction For Protection Against Domestic Violence. Judge Vonhof retaliated by signing a Court order after the release of Corley John Adams without a notice and without a hearing eight days later after denying a extension for Temporary Injunction For Protection Against Domestic Violence. Judge Vonhof act was intentional, an act to mental facilitate, an act to change my whole life, an act to create a panic attack, an act to intentionally injure, an act to create a fraudulent Court document in the Court System to influence Law Enforcement, Investigators, Employers, State Attorneys, Government, Institutions, and Businesses. Judge Vonhof intent was to place me in a mental facility based on falsified and fabricated information on a petition for an involuntary examination

37

i.e. baker. Judge Vonhof knew how individuals would respond to his conduct. The conflict is felt through the Law Counsel Search in the State of Florida and other States. Attorneys has declined representation and formed a complex adaptive system because of the acts of Judge Gary L. Vonhof. I am a black female my rights were violated by Judge Gary L. Vonhof by the violation of a United States Constitution law.

97. Medical Malpractice-Health Care Fraud: Judge Gary L. Vonhof was operating as a Medical Practitioner on September 16, 2005; however, there is no medical practitioner license in the State of Florida in any of the license verification agencies; Judge Gary L. Vonhof act was fraud. The fraudulent act created a Health Care Fraud document to injure me for life. Judge Gary L. Vonhof made a decision by reviewing a document of falsified and fabricated information without a notice and without a hearing, subsequent to the release of Corley John Adams from jail with a no contact order, which is negligence, Corley John Adams has confessed that he falsified and fabricated the information on the petition for an involuntary examination i.e. baker act; Judge Gary L. Vonhof conduct on September 16, 2005 displays malfeasance, wanton, reckless, negligence, intentional discrimination, intentional conduct, annotated wrongful seizure, causation defamation by stating her present mental condition without a license to practice as a medical practitioner in the State of Florida; There was no mental condition. There was an attempt made on my life by Judge Gary L. Vonhof; Judge Gary L. Vonhof legal writing stated his intent.

98.   Beyond a Reasonable Doubt: Because of the level of education, experiences, and training of Judge Gary L. Vonhof, the behavior displays intentional conduct and gross negligence. Judge Gary L. Vonhof knew what his behavior would produce. Judge Gary L. Vonhof caused individuals to behave in a certain way toward me because of the no notice and no hearing court document e.g. Deputy Lisboa from the Palm Beach County Sheriff Department, other associates in the Palm Beach County Sheriff Department, State Attorney Amy Buck, State Attorney Karmen Kiviroglu, the Palm Beach County State Attorney's Office, as well as Attorneys in the State of Florida and Attorneys in other States in the United States.

99.   Vicarious Liability: Judge Gary L. Vonhof deprived me of my rights which is a Color of Law violation. There was an attempt on my life by Judge Gary L. Vonhof because of my race black and gender female.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and Retaliation: in addition, order the following relief:

A)   Award compensatory damages

B)   Award punitive damages, sufficient to deter future attempts on life

C)   Award statutory damages, for violating applicable statues; as well as torts

D)   Award costs and attorney fees;

39

E)      Prohibit the Defendant from continuing its discriminatory practices; and

F)      Ensure criminal investigation and criminal prosecution

G)      Grant any and all appropriate relief, which the Court deems necessary and appropriate.

H)      Maintain its jurisdiction over this action to see that judgment and orders are carried out, and if necessary, enforced.

I)      Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)      I, Plaintiff, request trial by non-jury on all issues of fact.

### COUNT VIII
### FOURTEENTH AMENDMENT

100.    I, Plaintiff, restates the allegations contained in Paragraphs 1- 32 of the Complaint, as if fully set for herein.

101.    Color of State Law: Person acts under color of State Law Only when exercising power possessed by virtue of State Law and made possible only because the wrongdoer is clothed with the authority of State Law.  State employment is generally sufficient to render the defendant a State Actor.

102.    Qualified Immunity: An Official action is protected by qualified immunity unless the very action in question has previously been held unlawful, and has instead, chosen a standard that excludes such immunity if in the light of pre-existing law the unlawfulness is apparent.

103.    Fourteenth Amendment: The equal protection provisions forbids discrimination by government.

104.    I am a African American Bahamian with a name associated with Jewish Ancestry;

40

I am a black female; I currently reside in the State of Florida.

105.   Judge Gary L. Vonhof was an employee of the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida.

106.   Judge Gary L. Vonhof violated my right to due process i.e. procedural by failing to give notice and failing to have a hearing on September 16, 2005 before Court ordering a involuntary examination which violated my right to due process and affected my life; The order was intentional because of the no contact order issued on September 13, 2005, the Court order was intentional because of the comment made by Attorney Gary Anton e.g. Anton stated on September 8, 2005 to Judge Gary L. Vonhof at the extension hearing this is the same one that you denied; in an act of retaliation because of Judge Crow approval of a Temporary Injunction For Protection Against Domestic Violence Judge Gary L. Vonhof denied the extension; this conduct was intentional because of my race black and gender female; Judge Gary L. Vonhof made an attempt on my life because of my race black, my gender female, as well as similarly situated members of another race was issued a Temporary Injunction for Protection Against Domestic Violence.  Judge Gary L. Vonhof discriminated.

WHEREFORE, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and

41

Retaliation: in addition, order the following relief:

A)     Award compensatory damages

B)     Award punitive damages, sufficient to deter future attempts on life

C)     Award statutory damages, for violating applicable statues; as well as torts

D)     Award costs and attorney fees;

E)     Prohibit the Defendant from continuing its discriminatory practices; and

F)     Ensure criminal investigation and criminal prosecution

G)     Grant any and all appropriate relief, which the Court deems necessary and
       appropriate.

H)     Maintain its jurisdiction over this action to see that judgment and orders are
       carried out, and if necessary, enforced.

I)     Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)     I, Plaintiff, request trial by non- jury on all issues of fact.

## COUNT IX
## ANNOTATED WRONGFUL SEIZURE

107.   I, Plaintiff, restates the allegations contained in Paragraphs 1- 32 of the
       Complaint, as if fully set for herein.

108.   Color of State Law: Person acts under color of State Law Only when exercising
       power possessed by virtue of State Law and made possible only because the
       wrongdoer is clothed with the authority of State Law.  State employment is
       generally sufficient to render the defendant a State Actor.

109.   Qualified Immunity: An Official action is protected by qualified immunity unless
       the very action in question has previously been held unlawful, and has instead,

chosen a standard that excludes such immunity if in the light of pre-existing law

the unlawfulness is apparent.

110.    Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law,

statute, ordinance, regulation, or custom to willfully deprive or cause to be

deprived from any person those rights, privileges, or immunities secured or

protected by the Constitution and laws of the U.S.

111.    Title 18, U.S.C. Section 245, Federally Protected Activities;

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so,
by force or threat of force of any person or class of persons because of their activity as:a)
A voter, or person qualifying to vote...;b) a participant in any benefit, service, privilege,
program, facility, or activity provided or administered by the United States; c) an
applicant for federal employment or an employee by the federal government; d) a juror
or prospective juror in federal court; and e) a participant in any program or activity
receiving Federal financial assistance.2) Prohibits willful injury, intimidation, or
interference or attempt to do so, by force or threat of force of any person because of race,
color, religion, or national origin and because of his/her activity as: a) A student or
applicant for admission to any public school or public College ;b) a participant in any
benefit, service, privilege, program, facility, or activity provided or administered by a
state or local government, c) an applicant for private or state employment, private or
state employee; a member or applicant for membership in any labor organization or
hiring hall; or an applicant for employment through any employment agency, labor
organization or hiring hall; d) a juror or prospective juror in state court; e) a traveler or
user of any facility of interstate commerce or common carrier; or f) a patron of any
public accommodation, including hotels, motels, restaurants, lunchrooms, bars, gas
stations, theaters...or any other establishment which serves the public and which is
principally engaged in selling food or beverages for consumption on the premises.3)
Prohibits interference by force or threat of force against any person because he/she is or
has been, or in order to intimidate such person or any other person or class of persons
from participating or affording others the opportunity or protection to so participate, or
lawfully aiding or encouraging other persons to participate in any of the benefits or
activities listed in items (1) and (2), above without discrimination as to race, color,
religion, or national origin.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily
injury results or if such acts include the use, attempted use, or threatened use of a
dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or

both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

112.    I am a African American Bahamian with a name associated with Jewish Ancestry; I am a black female; I currently reside in the State of Florida.

113.    No Contact Order: As a matter of Law, Title 18, U.S.C. Section 245, Federally Protected Activities, the no contact order was a protected activity.  Therefore,

114.    Judge Gary L. Vonhof intent was to interfere with the no contact order protected activity subsequent to the release of Corley John Adams from jail, as well as, injure.  There was an attempt on my life channeling through a mental facility because of my race black and gender female.  The utilization of Court Order 502005MH001806XXXXSB was a threat of force because of my race black and gender female.

115.    Judge Gary L. Vonhof was an employee of the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida; Judge Gary L. Vonhof violated my right to due process i.e. procedural by failing to give notice and failing to have a hearing on September 16, 2005 before Court ordering a involuntary examination which violated my right to due process and affected my life; The order was intentional because of the no contact order issued on September 13, 2005, the Court order was intentional because of the comment made by Attorney Gary Anton e.g. Anton stated on September 8, 2005 to Judge Gary L. Vonhof at the extension hearing this is the same one that you denied; in an act of retaliation because of Judge Crow approval of a Temporary Injunction For Protection

44

Against Domestic Violence Judge Gary L. Vonhof denied the extension; this conduct was intentional because of my race black and gender female; Judge Gary L. Vonhof made an attempt on my life because of my race black, my gender female, as well as similarly situated members of another race was issued a Temporary Injunction for Protection Against Domestic Violence.

116.    Deputy Lisboa purposely wrote the fraudulent information in an attempt to deceive the Court, the Palm Beach County Sheriff Department, the State Attorney Office and other individuals. Deputy Lisboa knew his writing or conduct would produce a result. Deputy Lisboa criminal techniques and criminal behavior was learned. Deputy Lisboa displayed wanton conduct by drafting a fraudulent document. The fraudulent information is a result of negligence.

117.    Because of Judge Gary L. Vonhof –Health Care Fraud Court Order Deputy Lisboa began to falsify evidence; [7]Deputy Lisboa stated (2005) "Patricia was understood[8], however, resisted our efforts to detain her" (p.2). Deputy Lisboa was questioned at the time of arrival with intelligent questions. Deputy Lisboa was told Corley John Adams was arrested for violating a Temporary Injunction for Protection Against Domestic Violence. In addition, Deputy Lisboa was told that the Judge denied Temporary Injunctions for Protection Against Domestic Violence as well as Corley John Adams behavior displays an act of revenge and

---

[7]*Mental Case* (Case # 05-111760) [Data file]. West Palm Beach, FL: Palm Beach County Sheriff Department. This statement is from the Palm Beach County Sheriff Department Police Offense Report.
[8] Educational Credentials: My education includes a Bachelor of Science degree in Business Administration with an emphasis in Marketing, a Masters of Business Administration degree with a Specialization in Finance, a HRM Certificate, coursework in a Doctor of Philosophy Organization and Management with a Specialization in Human Resource Management, currently enrolled in a Doctor of Business Administration Program with a Specialization in Finance i.e. Global Perspectives, and I am currently a 1st Year Law School Student i.e. Executive Juris Doctor, Doctor of Jurisprudence or J.D. : There is no mental history , no mental facility history or no history of mental illnesses.

retaliation. Furthermore, I stated that a no contact order was issued subsequent to

Corley John Adams release from jail. Subsequent to asking intelligent questions

and making intelligent statements, I stated to Deputy Lisboa and Deputy Whitaker

that I had to go upstairs to retrieve my shoes i.e. black slides, purse, and a bag for

my son. After making the statement, Deputy Lisboa pulled my right wrist and

placed a handcuff on it, which is a low-level physical tactic. My son and Deputy

Whitaker witnessed the low-level physical tactic incident. I stated to my son at

that time, to remain calm. Furthermore, I asked my son to go upstairs to retrieve

my shoes i.e. black slides, purse, and a bag for himself. Once my son retrieved

my shoes i.e. black slides, purse, and a bag for himself, Deputy Lisboa grabbed

my son hand. The Palm Beach County Sheriff Department deputies, my son, and

I left out of the house. As we approached the end of the driveway, Deputy Lisboa

released my son hand to go to his father. Deputy Whitaker escorted me to the

patrol car that Deputy Whitaker was assigned. Deputy Lisboa walked passed

Deputy Whitaker patrol car as I was escorted to Deputy Whitaker patrol car.

Deputy Whitaker drove me to the facility. Once we were in the facility lobby, the

handcuffs were removed; I then communicated with the Supervisor of the facility

on all the domestic violence issues as well as stated the Civil Rights violation and

Constitutional Law-Due Process violations.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that

this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth

Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well

as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983,

42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and

Retaliation: in addition, order the following relief:

A)    Award compensatory damages

B)    Award punitive damages, sufficient to deter future attempts on life

C)    Award statutory damages, for violating applicable statues; as well as torts

D)    Award costs and attorney fees;

E)    Prohibit the Defendant from continuing its discriminatory practices; and

F)    Ensure criminal investigation and criminal prosecution

G)    Grant any and all appropriate relief, which the Court deems necessary and
      appropriate.

H)    Maintain its jurisdiction over this action to see that judgment and orders are
      carried out, and if necessary, enforced.

I)    Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)    I, Plaintiff, request trial by non-jury on all issues of fact.

**COUNT X**
**RETALIATION**

118.    I, Plaintiff, restates the allegations contained in Paragraphs 1-32 of the
        Complaint, as if fully set for herein.

119.    I am a African American Bahamian with an name associated with Jewish
        Ancestry.  I am a black female; I currently reside in the State of Florida.

47

120. Defendant, State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof was acting under Color of Law, Judge Gary L. Vonhof was under Color of Law and misused his power while in his Official position.

121. No Contact Order: As a matter of Law, Title 18, U.S.C. Section 245, Federally Protected Activities, the no contact order was a protected activity. Therefore,

122. Judge Gary L. Vonhof intent was to interfere with the no contact order protected activity subsequent to the release of Corley John Adams from jail, as well as, injure. There was an attempt on my life channeling through a Court Order to mental facilitate, because of my race black and gender female. The utilization of Court Order 502005MH001806XXXXSB.was a threat of force because of my race black and gender female.

123. Judge Gary L. Vonhof was/is an employee of the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida; Judge Gary L. Vonhof violated my right to due process i.e. procedural by failing to give notice and failing to have a hearing on September 16, 2005 before Court ordering a involuntary examination, which violated my right to due process and affected my life; The order was intentional because of the no contact order issued on September 13, 2005, the Court order was intentional because of the comment made by Attorney Gary Anton e.g. Anton stated on September 8, 2005 to Judge Gary L. Vonhof at the extension hearing this is the same one that you denied; in an act of retaliation because of Judge Crow approval of a Temporary Injunction

48

For Protection Against Domestic Violence Judge Gary L. Vonhof denied the extension; this conduct was intentional because of my race black and gender female; Judge Gary L. Vonhof made an attempt on my life because of my race black, my gender female, as well as similarly situated members of another race was issued a Temporary Injunction for Protection Against Domestic Violence.

124.   Retaliatory Action: A reasonable Defendant Official i.e. Qualified Immunity Official would have understood that his or her acts were unlawful. There was unlawful discrimination subsequent to Judge Crow signing a Temporary Injunction, which Judge Gary L. Vonhof denied because of my race black and gender female; Judge Gary L. Vonhof retaliated by signing a Court Order subsequent to the release of Corley John Adams without a notice and without a hearing which violated my right to due process. The Court Order was intentional because of the no contact order issued on September 13, 2005.

125.   The Defendant is the State of Florida, Fifteenth Judicial Circuit In And For Palm Beach County, Florida.

126.   The Constitutional protected activity is the right to due process and the no contact order.

**WHEREFORE**, I, Plaintiff, Patricia L. Abram-Adams, respectfully requests that this Court enter judgment against the Defendant, STATE OF FLORIDA, Fifteenth Judicial Circuit In And For Palm Beach County, Florida, Judge Gary L. Vonhof, as well as find that the Defendant violated the Fourteenth Amendment 42 U.S.C. Section 1983, 42 U.S.C. Section 242, Title 18 U.S.C. Section 245, Race Discrimination, and

49

Retaliation: in addition, order the following relief:

A)   Award compensatory damages

B)   Award punitive damages, sufficient to deter future attempts on life

C)   Award statutory damages, for violating applicable statues; as well as torts

D)   Award costs and attorney fees;

E)   Prohibit the Defendant from continuing its discriminatory practices; and

F)   Ensure criminal investigation and criminal prosecution

G)   Grant any and all appropriate relief, which the Court deems necessary and appropriate.

H)   Maintain its jurisdiction over this action to see that judgment and orders are carried out, and if necessary, enforced.

I)   Vacate Court Document 9.16.05 within this Case because of Health Care Fraud

J)   I, Plaintiff, request trial by non-jury on all issues of fact.

50

<u>Demand For a Non-Jury Trial</u>

I, Plaintiff, Patricia Abram-Adams demands trial by a Non-Jury of all issues.

Respectfully submitted,

Patricia Abram-Adams
2349 Horne Avenue
Unit C
Tallahassee, FL 32304
(850) 575-5633
E-Mail: abrampl1@aol.com

By: Patricia Abram-Adams

Dated on this <u>15</u>[th] day of <u>September</u>, 2009

51

**JS 44** (Rev. ...) **CIVIL COVER SHEET**

D.C.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed**

Sept. 16, 2009

### I. (a) PLAINTIFFS
PATRICIA L. ABRAM-ADAMS

**DEFENDANTS**
STATE OF FLORIDA, FIFT CIRCUIT IN AND FOR PALM

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(b) County of Residence of First Listed Plaintiff LEON COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
I AM CURRENTLY APPEARING PRO SE UNTIL THE HIRING OF AN ATTORNEY, THE STATE OF FLORIDA ATTORNEYS AND OTHER STATES ATTORNEYS HAS DISPLAYED FORMS OF DISCRIMINATION IN LEGAL REPRESENTATION PERTAINING TO ALL

Attorneys (If Known) THE ATTORNEYS ARE UNKNOWN,
N/A

(d) Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

O9CV81445 DTKH/JMH

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

### V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO
JUDGE N/A     DOCKET NUMBER N/A

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): THE FOLLOWING STATUTES APPLY 42 U.S.C. SECTION 1983, TITLE 18 USC SECTION 242, TITLE 18 USC SECTION 245, 46, 768, 28. THE STATE OF FLORIDA FIFTEENTH JUDICIAL CIRCUIT DISCRIMINATED & VIOLATED MY RIGHT
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case) TO DUE PROCESS CREATING HEALTH CARE FRAUD.

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ [CASE VALUATION]
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 9/15/09

FOR OFFICE USE ONLY
AMOUNT 350     RECEIPT # 726377     IFP